| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Prepared By:<br>**ERIC R. PERKINS, ESQ.,** *Pro Se*<br>**Chapter 7 Trustee**<br>40 West Ridgewood Avenue<br>Ridgewood, New Jersey 07450<br>Telephone: (201) 445-6722<br>Facsimile: (201) 493-5376 |  |
| In re:<br><br>ANN B. CARRERA,<br><br>    Debtor. | Chapter 7<br><br>Case No. 09-42166 (RG)<br><br>Honorable Rosemary Gambardella, U.S.B.J.<br><br>**Hearing Date:** November 22, 2010 at 10:00 a.m. |

**ORDER APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY
RULE 9019 AND AUTHORIZING PAYMENT OF SPECIAL COUNSEL'S
FEES AND EXPENSES AND EXEMPTION TO DEBTOR**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

12-1-10        USBJ

| | |
|---|---|
| **DEBTOR:** | ANN B. CARRERA |
| **CASE NO.:** | 09-42166 (RG) |
| **CAPTION:** | ORDER APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND AUTHORIZING PAYMENT OF SPECIAL COUNSEL'S FEES AND EXPENSES AND EXEMPTION TO DEBTOR |

**THIS MATTER** having been brought before the Court by Eric R. Perkins, Chapter 7 Trustee of Debtor, Ann B. Carrera, upon Motion for an Order approving the settlement of Debtor's personal injury action pursuant to Bankruptcy Rule 9019 and authorizing payment of special counsel's fees and expenses to the Law Offices of Jeffrey I. Amtman and exemption to Debtor; and the Court having determined that the settlement is in the best interest of the Debtor's estate and its creditors, and the Court having considered the papers submitted in support of the within Motion and any objection thereto, and for good cause shown; **IT IS HEREBY**

**ORDERED** that the settlement between the Debtor, Ann B. Carrera, and Joseph Choi in the Superior Court Action be, and hereby is, approved in its entirety; and it is further

**ORDERED** that, pursuant to the Agreement to Provide Legal Services entered into between the Law Offices of Jeffrey I. Amtman and the Debtor, whose employment as Special Counsel for the Chapter 7 Trustee was approved by the Court, the Law Offices of Jeffrey I. Amtman is awarded fees in the amount $14,264.79, plus expenses in the amount of $2,205.64, for a total of $16,470.43; and it is further

**ORDERED** that Eric R. Perkins, Chapter 7 Trustee of the Bankruptcy Estate of Ann B. Carrera, is hereby authorized to pay from his trust account on behalf of the Estate a check in the amount of $16,470.43 payable to the Law Offices of Jeffrey I. Amtman; and it is further

**ORDERED** that the Trustee is hereby authorized to pay to the Debtor such amounts as may be allowed as exemptions in connection with this settlement pursuant to the Bankruptcy Code; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties in interest within seven (7) days from the date hereof.